In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00164-CR


____________________



CHARLES ELVIS RABY, Appellant



V.


 

THE STATE OF TEXAS, Appellee


 




On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. CR24500 






MEMORANDUM OPINION



 On April 8, 2009, Charles Elvis Raby filed a notice of appeal from an order denying
appointment of counsel for DNA testing. The trial court signed an order denying Raby's
motion for DNA testing on February 4, 2009. The notice of appeal was filed with the trial
court more than thirty days after the date the trial court signed the order denying Raby's
motion and outside the time for requesting an extension of time for filing the notice of
appeal. We notified the parties that the notice of appeal did not appear to have been timely
filed. Raby filed a response in which he complained that he did not receive a copy of the
order denying his motion for DNA testing until February 25, 2009, twenty-one days after the
trial court signed the order.

 The time for filing an appeal runs from the denial of the postconviction motion for
DNA testing. See Swearingen v. State, 189 S.W.3d 779, 781 (Tex. Crim. App. 2006). The
notice of appeal was not timely filed. See Tex. R. App. P. 26.2(a)(1). No motion for
extension of time was timely filed. See Tex. R. App. P. 26.3. It does not appear that the
appellant obtained an out-of-time appeal from the Court of Criminal Appeals. The Court
finds it is without jurisdiction to entertain this appeal. Accordingly, the appeal is dismissed
for want of jurisdiction.

 APPEAL DISMISSED.



 

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered May 13, 2009

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.